[No. 29893-3-I. Division One. November 1, 1993.]

ELIZABETH CHRISTIE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-01859-8, Edward Heavey, J., entered December 13, 1991. *Reversed* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.

[No. 30200-1-I. Division One. November 1, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. RAYMOND PRENTISS SMITH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-06000-9, Anthony P. Wartnik, J., entered January 30, 1992. *Reversed* by unpublished opinion per Forrest, J., concurred in by Pekelis, A.C.J., and Baker, J.

[No. 29767-8-I. Division One. November 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL GARCIA SANTIAGO, *Defendant*, FERMIN ENRIQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-04527-1, James A. Noe, J., entered December 5, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Grosse, JJ.

[No. 28487-8-I. Division One. November 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES W. PRINKEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-04501-0, Warren Chan, J., entered April 26, 1991. *Affirmed* by unpublished per curiam opinion.